

### DEPARTMENT OF JUSTICE

### CERTIFICATE OF RELEASE OF LIEN
### IMPOSED PURSUANT TO THE ANTI-TERRORISM AND
### EFFECTIVE DEATH PENALTY ACT OF 1996

### UNITED STATES ATTORNEY'S OFFICE
### FOR THE DISTRICT OF GUAM

I hereby certify that as to the following named debtor the requirements of section 3613(a)(1) of Title 18 of the United States Code have been satisfied with respect to the judgment enumerated below, together with all statutory additions; and that the lien or Judgment was recorded on **April 29, 1999**, as instrument number **602672**, is hereby authorized to make notation on the books to show the release of said lien, insofar as the lien relates to the following imposition.

Name of Defendant: Thelma Erfe Reyes      Residence:    Santa Rita, Guam
         SSN:    XXX-XX-0715
         DOB:    XX-XX-1955        Mailing:     Santa Rita, Guam 96915

Court Imposing Judgment:    U.S. District Court of Guam

Court Number:    CR 98-00295

Amount of Judgment:    $9,669.03

Place of filing:    Guam

WITNESS my hand at Hagåtña, Guam, on this, the _____8th_____ day of September, 2005.

_____
MARIVIC P. DAVID
Assistant U.S. Attorney

ORIGINAL