

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL CASE NO. 98-00295-001 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| THELMA ERFE REYES ) | |
| ) | |
| Defendant. ) | |

**Re:   Report and Order Terminating Term of Supervised Release**

On March 25, 1999, Thelma Erfe Reyes was sentenced by the Honorable John S. Unpingco to six months imprisonment and three years supervised release for Access Device Fraud, in violation of 18 U.S.C. §1029(a)(2). Ms. Reyes was ordered to report to the probation office in the district to which she is released within 72 hours of her release from the custody of the Bureau of Prisons; not to commit another federal, state, or local crime; not possess any illegal controlled substances; perform 300 hours of community service; and obtain and maintain gainful employment. Additional supervised release conditions included that she was prohibited from incurring new credit charges or opening additional lines of credit without the approval of the Probation Office. She was further ordered to pay restitution in the amount $9,669.03 to the victim, Jonathan Aquino, through the District Court of Guam, Clerk of Court.

On September 27, 1999, Ms. Reyes' supervised release term commenced. On November 20, 2001, a Violation Report was filed which alleged that Ms. Reyes failed to reveal a personal loan she obtained from Wells Fargo in the amount of $2,000 without prior approval from the Probation Office. In addition, Ms. Reyes failed to pay restitution for several months.

On June 24, 2002, a Violation Report was filed which alleged that Ms. Reyes provided untruthful information regarding a business she established without prior approval of her probation officer. In addition, Ms. Reyes had entered into a two-year lease agreement in the amount of $37,200 without prior approval. Furthermore, she failed to pay restitution according to a payment agreement.  On September 19, 2002, Ms. Reyes' supervised release was revoked, and she was sentenced to one day imprisonment and a 36-month supervised release term. As an additional supervised release condition, Ms. Reyes was ordered to perform community service for a period of six months by providing excess prepared meals to a homeless shelter to be determined by the U.S. Probation Office.

On April 13, 2004, an Informational Violation Report was filed which alleged that Ms. Reyes failed to make restitution payments for November 2003, January 2004, and March 2004.  Ms. Reyes was warned  of the consequences of any further violations.

Ms. Reyes paid her $100 special assessment fee on November 1, 1999.  In May 2003, she completed 300 hours of community service, to include the court ordered six-month service in which she provided excess-prepared meals to Kamalen Karidat.  On June 3, 2005, Ms. Reyes' restitution in the amount of $9,999.03 was paid in full.  Throughout her supervision, Ms. Reyes has maintained employment at several restaurants as a cook.

Ms. Reyes' supervised release term expired on September 28, 2005.  The U.S. Probation Office has closed its interest in this case.

RESPECTFULLY submitted this __6TH__ day of October 2005.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By:    *Judy Anne J. Ocampo*
JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:

*Rossann*
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:    Marivic P. David, AUSA
Federal Public Defender
File

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF THE COURT

IT IS SO ORDERED this _7th_ day of October 2005, that Thelma Erfe Reyes be discharged from supervised release and that the proceeding in the case be terminated.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE
DISTRICT COURT OF GUAM



RECEIVED

OCT - 6 2005

DISTRICT COURT OF GUAM
HAGATNA, GUAM